UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80528-CIV-ZLOCH

ROY DIXON,

    Plaintiff,

vs.                                                                    **O R D E R**

PALM BEACH COUNTY PARKS AND
RECREATION DEPARTMENT,

    Defendant.

_____/

THIS MATTER is before the Court upon Plaintiff Roy Dixon's Motion For Entry Of Default Judgment (DE 27), which the Court also construes a Motion To Compel. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

In the instant Motion (DE 27), Plaintiff Roy Dixon alleges that Defendant has not complied with his discovery requests and has acted improperly at depositions. The Court notes that Defendants have complied with Plaintiff's discovery requests despite their procedural infirmities. To that end Defendants have waived possible objections to Plaintiff's subpoenas' duces tecum. The Court does not find that Defendants have violated a court order to warrant sanctions under Rule 37(b). However, the Court shall compel Defendant to produce the email trail referenced in DE 27, Ex. 22, an email from Thomas Brydon to Cathy Street dated 7/19/2006. Due to the confusion of Plaintiff's pleadings and subpoenas the Court shall not levy sanctions against Defendant for

its failure to produce said email trail.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff Roy Dixon's Motion For Entry Of Default Judgment (DE 27), which the Court also construes a Motion To Compel be and the same is hereby **GRANTED** in part and **DENIED** in part as follows:

1. To the extent the instant Motion seeks sanctions against Defendants it be and the same is hereby **DENIED**;

2. To the extent the instant Motion seeks to compel discovery of the entire email trail noted in Plaintiff's Exhibit 22, from Thomas Bryon to Cathy Street, dated 7/19/ 2006 it be and the same is hereby **GRANTED**; and

3. On or before <u>noon</u> <u>Thursday, January 24, 2008</u> Defendant shall produce and serve upon Plaintiff Roy Dixon the discovery listed in paragraph 2 above.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __11__ day of January, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Roy Dixon, <u>pro se</u>
163 Rivera Court
Royal Palm Beach, FL 33411