UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80528-CIV-ZLOCH

ROY DIXON,

      Plaintiff,

vs.                                                      **O R D E R**

PALM BEACH COUNTY PARKS AND
RECREATION DEPARTMENT,

      Defendant.

_____/

      THIS MATTER is before the Court upon Defendant's Motion To Strike (DE 57). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

      Defendant moves to strike Plaintiff Roy Dixon's Response To Defendant Reply (DE 56). Local Rule 7.1.C permits the non-movant to file a memorandum in opposition, and it permits the movant to file a reply to said memorandum. L.R. S.D. Fla. 7.1.C. However, no additional memoranda are allowed without prior leave of court. Plaintiff failed to seek leave of Court prior to filing his Response (DE 56). The Court notes that Plaintiff appears in the above-styled cause *pro se*. However, the Court directs Plaintiff to its prior Order Of Instructions To Pro Se Litigant (DE 5) in which it instructed Plaintiff that he must follow the procedural rules when filing pleadings. DE 5, ¶ 1.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1. That Defendant's Motion To Strike (DE 57) be and the same

is hereby **GRANTED**; and

    2. That Plaintiff Roy Dixon's Response To Defendant Reply (DE 56) be and the same is hereby **STRICKEN**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of July, 2008.

                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:

All Parties and Counsel of Record