```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 07-80528-CIV-ZLOCH
```

ROY DIXON,

    Plaintiff,

vs.                                          **FINAL JUDGMENT**

PALM BEACH COUNTY PARKS AND
RECREATION DEPARTMENT,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Palm Beach County Parks and Recreation Department's Motion For Summary Judgment (DE 49). For the reasons expressed in this Court's Order disposing of said Motion, entered separately, and pursuant to Federal Rule of Civil Procedure 58, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That Final Judgment be and the same is hereby **ENTERED** in favor of Defendant Palm Beach County Parks and Recreation Department;

    2. Plaintiff shall take nothing by this action and Defendant shall go hence without day; and

    3. All pending Motions not otherwise disposed of herein are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   26th   day of January, 2009.

                                                  WILLIAM J. ZLOCH
                                                  United States District Judge

Copies furnished:
All Parties and Counsel of Record